IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARTIN, et al., | : | |
|     Plaintiff, | : | |
| | : | CIVIL ACTION NO. 17-4225 |
| v. | : | |
| | : | |
| WAL-MART STORES EAST, L.P. | : | |
|     Defendant | : | |

# **ORDER**

AND NOW, this 18th day of September, for the reasons set out in the accompanying memorandum opinion, it is hereby **ORDERED** that Defendant Wal-Mart Stores East, L.P.'s Amended Motion for Summary Judgment (Docs. 22, 44) is **GRANTED** in part and **DENIED** in part.

BY THE COURT:

Date: September 18, 2018

/s/ David R. Strawbridge, USMJ
DAVID R. STRAWBRIDGE
UNITED STATES MAGISTRATE JUDGE